Floyd W. Bybee, #012651
BYBEE LAW CENTER, PLC
2473 S. Higley Road
Suite 104-308
Gilbert, AZ 85295-3023
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| James T. Harris, Jr., and Barbra Harris;<br><br>     Plaintiffs,<br><br>v.<br><br>DSS Financial Group, LLC;<br><br>     Defendant. | No. CV 10-154-PHX-NVW<br><br>NOTICE OF DISMISSAL WITH PREJUDICE |

Plaintiffs, by and through counsel, hereby give notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

1
2       RESPECTFULLY SUBMITTED: <u>March 10, 2010</u> .
3
4                                            <u>s/ Floyd W. Bybee</u>
                                             Floyd W. Bybee, #012651
5                                            BYBEE LAW CENTER, PLC
                                             2473 S. Higley Road
6                                            Suite 104-308
                                             Gilbert, AZ 85295-3023
7                                            Office: (480) 756-8822
                                             Fax: (480) 302-4186
8                                            floyd@bybeelaw.com

9                                            Attorney for Plaintiffs
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25